OPINION — AG — ** STATE EXAMINER AND INSPECTOR — DEPOSITORY ACCOUNT ** THE STATE EXAMINER AND INSPECTOR 'MAY' LEGALLY RECEIVE AND DEPOSIT FUNDS IN HIS DEPOSITORY ACCOUNT BY VIRTUE OF HIS DUTIES SET FORTH IN 62 O.S. 261 [62-261] AND 74 O.S. 212 [74-212], AND MAY DEPOSIT AND DISBURSE THE SAME UPON HIS VOUCHER IN ACCORDANCE WITH 62 O.S. 7.2 [62-7.2], 62 O.S. 7.4 [62-7.4] (MONEY FROM THE OFFICIAL DEPOSITORY, WARRANTS, CASHIER CHECK, PAYMENT) CITE: ARTICLE VI, SECTION 19, 62 O.S. 7.2 [62-7.2], 74 O.S. 212 [74-212], 62 O.S. 261 [62-261] [62-261] (W. HOWARD O'BRYAN JR)